ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| BAE Systems Land & Armaments L.P. | ) | ASBCA No. 62899 |
| | ) | |
| Under Contract No. DAAE07-01-C-N030 | ) | |
| Modification No. P00157 | ) | |

APPEARANCES FOR THE APPELLANT:     David Z. Bodenheimer, Esq.
                                    Andy Liu, Esq.
                                    Haaleh Katouzian, Esq.
                                     Nichols Liu LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Scott N. Flesch, Esq.
                                     Army Chief Trial Attorney
                                    Robert B. Neill, Esq.
                                    MAJ Weston E. Borkenhagen, JA
                                     Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 28, 2022

BRIAN S. SMITH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62899, Appeal of BAE Systems Land & Armaments L.P., rendered in conformance with the Board's Charter.

Dated:  September 29, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals